UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STATE OF CALIFORNIA,

      Plaintiff,                                Case No. 23-cv-12329
                                                    Hon. Matthew F. Leitman

v.

MERITOR INC.,

      Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal With Prejudice by Plaintiff, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

                                                   s/Matthew F. Leitman
                                                 MATTHEW F. LEITMAN
                                                 UNITED STATES DISTRICT JUDGE

Dated: September 13, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 13, 2023, by electronic means and/or ordinary mail.

                                                 s/Holly A. Ryan
                                               Case Manager
                                               (313) 234-5126